No. 522.   EMPIRE VOTING MACHINE COMPANY *v.* CITY OF CHICAGO ET AL.   October 18, 1920.   Petition for a writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied.   *Mr. Stephen A. Foster, Mr. Herbert Pope* and *Mr. Frank Keiper* for petitioner.   *Mr. Horace Kent Tenney, Mr. Samuel A. Ettelson, Mr. Leon Hornstein* and *Mr. F. B. Johnstone* for respondents.

No. 527.   LEE U. ONG *v.* UNITED STATES.   October 25, 1920.   Petition for a writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied.   *Mr. Marshall B. Woodworth* and *Mr. Charles R. Pierce* for petitioner.   No brief filed for the United States.

No. 528.   FREDERICK C. TAXIS ET AL. *v.* UNIVERSAL FORM CLAMP COMPANY.   October 25, 1920.   Petition for a writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied.   *Mr. Thomas F. Sheridan* and *Mr. Thomas H. Sheridan* for petitioners.   *Mr. William R. Rummler* for respondent.

No. 529.   MARCELINO LONTOK *v.* UNITED STATES.   October 25, 1920.   Petition for a writ of certiorari to the Supreme Court of the Philippine Islands denied.   *Mr. Howard Boyd* and *Mr. James M. Sheridan* for petitioner.   *The Solicitor General* for the United States.